IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME TAYLOR, | ) | |
| | ) | Civil Action No. 06 - 734 |
| Plaintiff, | ) | |
| | ) | Judge Gary L. Lancaster / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| BOROUGH OF WILKINSBURG, et al | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS ORDERED** this 20th day of September, 2006, that a Scheduling

Conference is set before the undersigned on **October 17, 2006 at 11:00 AM** in Courtroom 7B of

the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

**IT IS FURTHER ORDERED** that the parties shall file a report pursuant to

Local Rule 26(f) as well as a joint proposed initial scheduling order, in compliance with the

practices and procedures of the undersigned[1], no later than **October 10, 2006.**

BY THE COURT:

s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc:     All counsel of record.

_____

[1] http://www.pawd.uscourts.gov/Documents/Public/Reference/Lenihan.pdf