IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME TAYLOR,                )  | |
| )                             | Civil Action No. 06 - 734 |
| Plaintiff,        )           | |
| )                             | Judge Gary L. Lancaster / |
| v.                )           | Magistrate Judge Lisa Pupo Lenihan |
| )                             | |
| BOROUGH OF WILKINSBURG, et al  ) | |
| )                             | |
| Defendant.        )           | |

## ORDER

The Court entered an Order (Doc. No. 8) on September 20, 2006, scheduling an initial conference for October 17, 2006 at 11:00 AM.  At the time of the order, a Motion to Dismiss (Doc. No. 5) had been filed on August 17, 2006 by Defendant Borough of Wilkinsburg.  No response to the motion has been filed by Plaintiff's counsel.  Therefore,

**IT IS ORDERED** this 4th day of October, 2006, that Plaintiff's counsel shall file a response to Defendant's Motion to Dismiss (Doc. No. 5) no later than **October 25, 2006.** Failure to file a response to the motion by **October 25, 2006** will result in an order to show cause why this case should not be dismissed for failure to prosecute.  Since this extension is being ordered sua sponte (as there has been no indication from Plaintiff's counsel that a response or a request for extension is forthcoming) no further extensions shall be granted.

BY THE COURT:

 s/Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc:     All counsel of record.