IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME TAYLOR, ) | |
| ) | Civil Action No. 06 - 734 |
| Plaintiff, ) | |
| ) | Judge Gary L. Lancaster / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| BOROUGH OF WILKINSBURG, et al ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court entered and Order (Doc. No. 8) on scheduling an initial conference for October 17, 2006 at 11:00 AM. Since that order was docketed, counsel for Defendant Ronald DePellegrin filed a Stipulation for Extension of Time to File an Answer (Doc. No. 12). His answer is now due October 31, 2006. Holding a conference before Defendant Depellegrin's answer is filed would be premature. Therefore,

IT IS ORDERED this 4th day of October, 2006, that the Initial Scheduling Conference scheduled for October 17, 2006 is rescheduled to November 6, 2006 at 11:00 AM.

IT IS FURTHER ORDERED the report pursuant to Local Rule 26(f) as well as the joint proposed initial scheduling order are to be filed no later than **November 3, 2006.**

BY THE COURT:

LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc:   All counsel of record.